In the Matter of the Estate of ELIZABETH ATKINS, Deceased. WILLIAM J. ATKINS and Others; THE COMPTROLLER OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAX L. SCHALLEK and Others, as Executors, etc., of EMIL E. CAMERER, Deceased. LOUIS C. HAGGERTY, Special Guardian for DOROTHY CAMERER and DAVID CAMERER, Infants.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SCHULTE REAL ESTATE COMPANY, INC., v. PEDEMORE, INC., Impleaded with JULIUS GROSSMAN, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ. [See ante, p. 732.]

EMPIRE CARPET CORPORATION v. BUSH TERMINAL BUILDINGS COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration of PAGE MANUFACTURING COMPANY and ASHLAND CORPORATION v. ROSE SILK MILLS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ETHELBERG IDE LOW and Others, as Executors, etc., of LYMAN N. HINE, Deceased, v. BANKERS TRUST COMPANY, as Successor Trustee, etc. FRANCIS L. HINE, 2nd, an Infant, etc., and Others. " JOHN DOE " and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SARAH ACKERBERG and JOSEPH ACKERBERG v. MUNCH BREWERY, INC., Impleaded with OWENS ILLINOIS BOTTLING COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PRIMO GALLOTTI, Individually and as Surviving Partner, etc., and Others, v. CONTINENTAL INSURANCE COMPANY and Others.— Motion for leave to appeal to the Court of Appeals. or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LESTER L. JONES and Others v. JAMES RAE CLARKE and Others, Impleaded with CHASE NATIONAL BANK and Others. FANNIE D. CARLTON and Others v. JAMES RAE CLARKE and Others, Impleaded with CHASE NATIONAL BANK and Others.— Motion for a reargument or for leave to renew plaintiffs' motion for a preference denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Glennon, JJ.